IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN MCKEOWN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 12-5206 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner Social | : | |
| Security Administration | : | |
| Defendant | : | |

# **O R D E R**

**AND NOW**, this 7th day of October, 2013, upon consideration of the plaintiff's Brief and Statement of Issues in Support of Request for Review (Document #8), the defendant's Response to Request for Review of Plaintiff (Document #12), and the plaintiff's Reply (Document #13), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, there being no objections thereto, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall return this case to the active docket;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by the plaintiff is DENIED; and

4. The Clerk of Court is hereby directed to mark this case CLOSED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.